EARL XAIZ, #3572
YENGICH, RICH & XAIZ
Attorneys for Defendant
175 East 400 South, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 355-0320
Fax: (801) 364-6026
Email: *xaiz@qwestoffice.net*

**IN THE UNITED STATES DISTRICT COURT, CENTRAL DIVISION**
**DISTRICT OF UTAH**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT BULLOCK,<br><br>Defendant. | **ORDER OF CONTINUANCE**<br>**18 U.S.C. § 3161(h)(8)(A)**<br><br>Case No. 2:08-CR-00631-DAK<br><br>Judge Dale A. Kimball<br>Magistrate Judge Samuel Alba |

      The Court, based on motion of counsel, hereby orders that trial in this matter be continued. The Court specifically finds that the ends of justice served by continuing this matter outweigh the best interest of the public and the defendant in a speedy trial. In addition, the Court hereby determines that the period of delay caused by a continuance is excludable in computing the time within which the trial in this matter must commence pursuant to 18 U.S.C. § 3161.

      The Order of Continuance, which is based on the specific factor delineated in 18 U.S.C. § 3161(h)(8)(B)(iv), is ordered because failure to grant a continuance in this case would deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into

account the exercise of due diligence. Since defense counsel requests additional time because of scheduling conflicts, the Court finds that due diligence has been exercised in this matter by all parties.

Therefore, it is hereby ordered that the trial in this matter, currently set to begin on the 3rd day of March, 2010, be continued and that a new trial be set to commence on the 15th day of June, 2010, at the hour of 8:30 a.m.

SIGNED BY MY HAND this 15th day of March, 2010.

*Dale A. Kimball*
DALE A. KIMBALL
United States District Court Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Order of Continuance 18 U.S.C. § 3161(h)(8)(A) was filed electronically and caused to be served by electronic notice to all parties listed below on this _____ day of March, 2010.

Earl Xaiz
Yengich, Rich & Xaiz
175 E. 400 S., Ste 400
Salt Lake City, Utah 84111


Carlie Christensen
United States Attorney's Office
185 S. State #400
Salt Lake City, Utah 84111